IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> OSCAR E. TRINIDAD-RODRIGUEZ Defendant. | CRIMINAL NO. 00-001(PG) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of January 8, 2005, Irene C. Feldman is not the Assistant United States Attorney responsible for the prosecution of the above referenced case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Irene C. Feldman as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 14th day of December, 2005.

H.S. GARCIA
United States Attorney

/S/ *Nereida Méléndez-Rivera*
Nereida Meléndez - USDC No. 203106
Deputy Chief, Criminal Division
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: nereida.melendez@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant.

    At San Juan, Puerto Rico this 14th day of December, 2005.

                                               /S/ *Nereida Meléndez-Rivera*
                                               Deputy Chief, Criminal Division