**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UBLADO RIVERA-COLON

    Petitioner

           v.

UNITED STATES OF AMERICA

    Respondent.

Civ. No.05-1411(PG)

 (Re: Crim. No.00-001)

## JUDGMENT

On this same date this Court **APPROVED and ADOPTED** Chief Magistrate Judge Justo Arenas' Report and Recommendation (Docket No. 6), and **DENIED** petitioner's Section 2255 motion (Docket No. 1).

WHEREFORE it is ORDERED AND ADJUDGED that this case be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, January 10, 2006.

S/JUAN M. PEREZ-GIMENEZ
U.S. District Judge